IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00936-BNB

RICARDO V. JOHNSON,

    Plaintiff,

v.

MICHELLE TAYLOR,
C.O. DUTY, and
JOSHUA ADAMS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 09 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Ricardo V. Johnson is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. Mr. Johnson submitted to the Court a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. He also filed a proper Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that Magistrate Judge Boyd N. Boland granted on April 26, 2010.

Magistrate Judge Boland directed Mr. Johnson to pay the full amount of the $350.00 filing fee in installments and to pay an initial partial filing fee of $1.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Johnson that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no

means by which to pay the initial fee the Complaint would be dismissed without further notice.

On May 20, 2010, Mr. Johnson submitted to the Court a copy of the Request for Money Order form that appears to have been approved by a prison staff member on May 11, 2010, for withdrawal of $1.00 from his inmate account to be paid to the Court in this case. Magistrate Judge Boland entered a minute order on June 2, 2010, informing Mr. Johnson that the Court had not received the $1.00 payment and allowing him an additional thirty days to arrange for the payment to the Court.

Mr. Johnson now has failed to communicate with the Court. As a result, he has not paid the initial partial filing fee within the time allowed, or in the alternative shown cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Johnson's failure either to pay an initial partial filing fee of $1.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this __9th__ day of __July__, 2010.

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00936-BNB

Ricardo V. Johnson
Prisoner No. 144329
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/9/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk